# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 1, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

138863-66(100)

ANGLERS OF THE AuSABLE, INC.,
MAYER FAMILY INVESTMENTS, LLC,
and NANCY A. FORCIER TRUST,
          Plaintiffs-Appellants,

v

DEPARTMENT OF ENVIRONMENTAL
QUALITY, DIRECTOR OF THE
DEPARTMENT OF ENVIRONMENTAL
QUALITY, and MERIT ENERGY
COMPANY,
          Defendants-Appellees.
_____

SC: 138863-138866
COA: 279301, 279306, 280265, 280266
Otsego CC: 06-011697-CE

          On order of the Chief Justice, the motion by defendant-appellee Department of Natural Resources and Environment for extension to September 7, 2010 of the time for filing its brief on appeal and for extension of the time for filing appellants' reply brief is considered and it is GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 1, 2010

_____
Clerk